# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00621-CV

**In re Robert Moon**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Robert Moon has filed a petition for writ of mandamus, an emergency motion for temporary relief, and an unopposed motion to seal mandamus record. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the unopposed motion to seal the mandamus record. We grant the emergency motion for temporary relief and temporarily stay that portion of the trial court's August 30, 2018 temporary orders requiring Moon to pay real party in interest Sonja Simmons $100,000 in interim attorneys' fees, pending further order of this Court. *See id*. R. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before October 1, 2018.

It is ordered on September 21, 2018.

Before Chief Justice Rose, Justices Pemberton and Field